1022

THE STATE OF WASHINGTON, *Respondent*, v. GARY JOSEPH ALEXANDER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 59135, Charles Z. Smith, J., entered June 16, 1972. *Affirmed* by unpublished opinion per Callow, J., concurred in by Horowitz and Williams, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD B. HICKS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 61541, David W. Soukup, J., entered October 31, 1972. *Affirmed* by unpublished opinion per Horowitz, J., concurred in by Farris and Callow, JJ.

R. M. VAN DE WALL, *Respondent*, v. BUTE E. FENNELL *et al.*, *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 45850, Frank E. Baker, J., entered October 10, 1972. *Reversed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Armstrong, J.

M. K. WESTGARD *et al.*, *Appellants*, v. DOUGLAS F. ALBERT *et al.*, *Respondents*, HARRISON H. DEMERS *et al.*, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 697063, Horton Smith, J., entered January 10, 1972. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Pearson, C.J., and Petrie, J.